FILED
2023 Jul-24 PM 04:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| ANIL VARSHNEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 5:23-cv-00812-LCB ) |
| PARSONS CORPORATION;<br>LLOYD J. AUSTIN, as<br>SECRETARY OF DEFENSE, | ) ) ) ) |
| Defendants. | ) ) |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendant Parsons Corporation ("Parsons") certifies that Parsons has no parent company and there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Parsons which have any outstanding securities in the hands of the public.

Respectfully submitted this 24th day of July, 2023.

/s/ Shannon L. Miller
Shannon L. Miller (ASB-8026-R60S)
shannon.miller@jacksonlewis.com
**JACKSON LEWIS P.C.**
800 Shades Creek Parkway, Suite 870
Birmingham, Alabama 35209
Direct Dial: 205-332-3102

## CERTIFICATE OF SERVICE

  I hereby certify that on July 24, 2023, I have served a true and correct copy of the foregoing upon Plaintiff's counsel of record electronically by CM/ECF as follows:

> Walter A. "Tod" Dodgen
> Maynard Nexsen PC
> 665 Gallatin Street SW
> Huntsville, AL 35801
> tdodgen@maynardnexsen.com
>
> John B. Holmes, III
> Jennifer Hanson Wheeler
> Maynard Nexsen PC
> 1901 Sixth Avenue North, Suite 1700
> Birmingham, AL 35203
> jholmes@maynardnexsen.com
> jwheeler@maynardnexsen.com

            */s/  Shannon L. Miller*
            Counsel of Record

4883-6165-2338, v. 1